AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | | |
|---|---|---|
| Michael Thayyil | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cv-00165 |
| Indiana State University | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Michael Thayyil                                                                                                           .

Date:      01/21/2021                              /s/ Keith Altman
                                                                                        *Attorney's signature*

                                                                         Keith Altman (MI P81702)
                                                                       *Printed name and bar number*

                                                                   The Law Office of Keith Altman
                                                               33228 West 12 Mile Road, Suite 375
                                                                      Farmington Hills, MI 48331
                                                                                        *Address*

                                                                         kaltman@lawampmmt.com
                                                                                    *E-mail address*

                                                                                (516) 456-5885
                                                                                *Telephone number*

                                                                                    *FAX number*