**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| MICHAEL THAYYIL,  )<br>  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>INDIANA STATE UNIVERSITY,  )<br>INDIANA STATE UNIVERSITY  )<br>BOARD OF TRUSTEES, JOHN DOES  )<br>1-25,  )<br>  )<br>    Defendants.  ) | Case No. 1:21-cv-00165-JPH-DML |

## APPEARANCE OF COUNSEL

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for the Defendants Indiana State University and the Indiana State University Board of Trustees.

I certify that I am admitted to practice in this Court.

Date: March 19, 2021

                Respectfully submitted,

                CHURCH CHURCH HITTLE + ANTRIM

                */s/ Amy Steketee Fox*
                Amy Steketee Fox (25112-53)
                CHURCH CHURCH HITTLE + ANTRIM
                Lincoln Tower, Suite 548
                116 East Berry Street
                Fort Wayne, Indiana 46802
                Phone: 260-428-2207
                Fax: 317-773-5320
                afox@cchalaw.com

                *Attorneys for Defendants Indiana State University*
                *and Indiana State University Board of Trustees*

**Certificate of Service**

      I, the undersigned, hereby certify that on March 19, 2021, a true and exact copy of the foregoing was filed electronically via the Court's electronic filing system. Notice of this filing was sent to the following by operation of the Court's electronic filing:

Keith Altman
THE LAW OFFICE OF KEITH ALTMAN
33228 West 12 Mile Road
Suite 375
Farmington Hills, MI 48334
kaltman@lawampmmt.com
ecf@lawampmmt.com

                                                */s/ Amy Steketee Fox*
                                                Amy Steketee Fox