UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| MICHAEL THAYYIL,         Plaintiff,    v.    INDIANA STATE UNIVERSITY, INDIANA STATE UNIVERSITY BOARD OF TRUSTEES, JOHN DOES 1-25,         Defendants. | ) ) ) ) ) Case No. 1:21-cv-00165-JPH-DML ) ) ) ) ) ) ) ) ) |

**NOTICE OF INITIAL ENLARGEMENT**

Pursuant to Local Rule 6-1(a), Defendants Indiana State University and the Indiana State University Board of Trustees ("Defendants"), by counsel, notify the Court that counsel for Plaintiff does not object to Defendants' request for an initial 28-day enlargement of time to respond to Plaintiff's Complaint for Damages, Declaratory Relief, and Injunctive Relief ("Complaint"). Defendants' deadline to answer or otherwise respond to Plaintiff's Complaint was originally March 19, 2021. Such deadline has not passed. Pursuant to this Notice and by agreement of counsel for Plaintiff, the deadline for Defendants to answer or otherwise respond to Plaintiff's Complaint is now April 16, 2021**.**

          Respectfully submitted,

          CHURCH CHURCH HITTLE + ANTRIM

          */s/ Amy Steketee Fox*
          Amy Steketee Fox (25112-53)

          CHURCH CHURCH HITTLE + ANTRIM
          Lincoln Tower, Suite 548
          116 East Berry Street
          Fort Wayne, Indiana 46802

        Phone: 260-428-2207
        Fax: 317-773-5320
        afox@cchalaw.com

*Attorneys for Defendants Indiana State University and Indiana State University Board of Trustees*

### Certificate of Service

I, the undersigned, hereby certify that on March 19, 2021, a true and exact copy of the foregoing was filed electronically via the Court's electronic filing system. Notice of this filing was sent to the following by operation of the Court's electronic filing:

Keith Altman
THE LAW OFFICE OF KEITH ALTMAN
33228 West 12 Mile Road
Suite 375
Farmington Hills, MI 48334
kaltman@lawampmmt.com
ecf@lawampmmt.com

        */s/ Amy Steketee Fox*
        Amy Steketee Fox