## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| MICHAEL THAYYIL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:21-cv-00165-JPH-DML |
| v. | ) | |
| | ) | |
| INDIANA STATE UNIVERSITY, | ) | |
| INDIANA STATE UNIVERSITY | ) | |
| BOARD OF TRUSTEES, JOHN DOES | ) | |
| 1-25, | ) | |
| | ) | |
| Defendants. | ) | |

### APPEARANCE OF COUNSEL

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for the Defendants Indiana State University and the Indiana State University Board of Trustees. My appearance for these listed Defendants is in addition to that of my partner, Amy Steketee Fox, which was filed on March 19, 2021.

I certify that I am admitted to practice in this Court.

Date: March 24, 2021

Respectfully submitted,

CHURCH CHURCH HITTLE + ANTRIM

*/s/ Kevin S. Smith*
Kevin S. Smith (#20379-49)
CHURCH CHURCH HITTLE + ANTRIM
Two North Ninth Street
Noblesville, IN 46060
Phone: 317-773-2190
Fax: 317-773-5320
ksmith@cchalaw.com

*Attorneys for Defendants Indiana State University*
*and Indiana State University Board of Trustees*

**Certificate of Service**

I, the undersigned, hereby certify that on March 24, 2021, a true and exact copy of the foregoing was filed electronically via the Court's electronic filing system. Notice of this filing was sent to the following by operation of the Court's electronic filing:

Keith Altman
THE LAW OFFICE OF KEITH ALTMAN
33228 West 12 Mile Road
Suite 375
Farmington Hills, MI 48334
kaltman@lawampmmt.com
ecf@lawampmmt.com

*/s/ Kevin S. Smith*
Kevin S. Smith