**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

**NOTICE OF CHANGE OF ATTORNEY INFORMATION**

TO:  THE CLERK OF THIS COURT AND ALL OTHER PARTIES

I have pending case(s) in the District Court for the Southern District of Indiana.

Pending Case No(s).   )   Case No. 1:21-cv-00165-JPH-MG

The undersigned counsel notifies the Clerk's Office of the following changes:

|  | *Previous Information:* | *Current Information:* |
|---|---|---|
| **Name:** | Amy Steketee Fox | Amy Steketee Fox |
| **Law Firm, Company, and/or Agency:** | Church Church Hittle + Antrim | Church Church Hittle + Antrim |
| **Address:** | Lincoln Tower, Suite 518<br>116 East Berry Street<br>Fort Wayne, Indiana 46802 | 203 West Wayne Street<br>Suite 402<br>Fort Wayne, Indiana 46802 |
| **Primary E-mail:** | afox@cchalaw.com | afox@cchalaw.com |
| **Secondary E-mail(s):** | mgarrard@cchalaw.com,<br>tblair@cchalaw.com,<br>wareham@cchalaw.com | mgarrard@cchalaw.com,<br>tblair@cchalaw.com,<br>wareham@cchalaw.com |
| **Telephone Number:** | (260)428-2207 | (260)399-9490 |
| **Facsimile:** | (317)773-5320<br>(260)426-3360 | (260)399-9491 |

Date:  May 10, 2021                         */s/ Amy Steketee Fox*

1