UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MICHAEL THAYYIL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:21-cv-00165-JPH-MG |
| | ) |
| INDIANA STATE UNIVERSITY, | ) |
| INDIANA STATE UNIVERSITY BOARD OF | ) |
| TRUSTEES, | ) |
| JOHN DOES 1-25, | ) |
| | ) |
| Defendants. | ) |

**MINUTE ENTRY FOR JULY 13, 2021
STATUS CONFERENCE
HON. MARIO GARCIA, MAGISTRATE JUDGE**

The parties appeared by counsel for a Telephonic Status Conference. Counsel continuing to work thru discovery.

This matter is scheduled for a Telephonic Status Conference on **Wednesday, December 1, 2021 at 9:00 a.m. (Eastern)** to discuss case status. Counsel shall attend the status conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

Date: 7/14/2021

Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution:

Keith Altman
THE LAW OFFICE OF KEITH ALTMAN
kaltman@lawampmmt.com

Amy Steketee Fox
CHURCH CHURCH HITTLE & ANTRIM
afox@cchalaw.com

Kevin S. Smith
CHURCH CHURCH HITTLE & ANTRIM (Fishers)
ksmith@cchalaw.com