UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

MICHAEL THAYYIL,
        *Plaintiff*,

v.                              Case No. 1:21-cv-00165-JPH-MG

INDIANA STATE UNIVERSITY, *et al*
        *Defendants*.
_____/

## MOTION REQUESTING EMERGENCY CONTINUANCE

COMES NOW Plaintiff through the undersigned attorney and respectfully states:

1. The undersigned attorney is battling ongoing serious medical problems which recently required hospitalization.

2. It is uncertain at this time when the undersigned will be able to return to the law office.

3. In the meantime, the undersigned cannot attend conferences, hearings, and trials, and is presently unable to comply with discovery matters and other litigation deadlines.

4. The undersigned has notified the Plaintiff(s) in this matter of his request for delay due to medical emergency.

**WHEREFORE,** Plaintiff respectfully requests from this Honorable Court a postponement of all conferences, hearings, and trial dates, as well as extend deadlines for discovery and all other pre-trial deadlines, due to just shown cause.

Respectfully submitted,

/s/ Keith Altman
Keith Altman
The Law Office of Keith Altman
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48331
516-456-5885
kaltman@lawampmmt.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2021, I served the foregoing document on all Defendants of record *via* electronic filing:

/s/ *Keith Altman*
Keith Altman
A*ttorney for Plaintiff*