UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MICHAEL THAYYIL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:21-cv-00165-JPH-MG |
| | ) | |
| INDIANA STATE UNIVERSITY, | ) | |
| INDIANA STATE UNIVERSITY BOARD OF | ) | |
| TRUSTEES, | ) | |
| JOHN DOES 1-25, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Before the Court is Plaintiff's Motion Requesting Emergency Continuance, filed on August 4, 2021 at Dkt. [23]. The Court finds good cause exists and therefore **GRANTS** Plaintiff's Motion. The Court **VACATES** all current deadlines and conferences. Plaintiff is to file a joint status report on or before **November 8, 2021**. The Court will revisit new deadlines upon reviewing Plaintiff's joint status report.

Dated: 8/10/2021

*Mario Garcia*
Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution:

All Electronically Registered Counsel