**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

---

| | |
|---|---|
| MICHAEL THAYYIL, | Case No. 1:21-cv-00165-JPH-MG |
|    *Plaintiff,* | |
| v. | **JOINT STATUS REPORT** |
| INDIANA STATE UNIVERSITY, *et al.*, | |
|    *Defendants.* | |

---

Plaintiff Michael Thayyil and Defendants Indiana State University and Indiana State University Board of Trustees, by and through their attorneys of record, submit this Joint Status Report pursuant to this Court's August 10, 2021, Order (ECF 24).

### I.  HEALTH UPDATE AS TO KEITH ALTMAN

On August 4, 2021, Plaintiff filed a Motion Requesting Emergency Continuance (ECF 23) related to Keith Altman's health condition that had required his hospitalization. This medical condition continues to negatively impact Mr. Altman's vision. Mr. Altman believes he will be able to resume his legal practice and to proceed with litigating this case on January 1, 2022.

### II.  CURRENT STATUS REPORT

**1. Discovery.**

   Discovery is ongoing.

   The parties are exchanging written discovery and anticipate completing fact discovery on or about May 27, 2022.

:

Once fact discovery is completed, Plaintiff anticipates designating expert/s.

The Parties request that the discovery cut-off deadline be moved to no sooner than July 29, 2022, to accommodate for delays in discovery caused by either Keith Altman's health condition and/or barriers caused by the ongoing COVID pandemic.

2. **Pending Motions.**

There are no pending motions before this Court.

3. **Dispositive Motions.**

The Parties reserve the right to file dispositive motions and request a dispositive motions deadline of September 30, 2022.

4. **Trial.**

This is a jury trial case. Exclusive of argument on any pretrial motions, the Parties estimate that trial should take approximately three days and request a trial date in April 2023.

5. **Settlement Negotiations**

The Parties intend to conduct settlement discussions once fact discovery is complete.

6. **Settlement or ADR conference.**

There is no settlement conference currently scheduled. The Parties request a settlement conference be scheduled for some time after the deadline for filing dispositive motions.

Dated: November 8, 2021

Respectfully Submitted,

/s/_____
Keith Altman
The Law Office of Keith Altman
33228 West 12 Mile Road, Suite 375

Dated: November 8, 2021

Respectfully Submitted,

/s/_Amy Steketee Fox_____
Amy Steketee Fox (25112-53)
CHURCH CHURCH HITTLE + ANTRIM
Central Building, Suite 402
203 West Wayne St.

<table>
<tr><td>

Farmington Hills, Michigan 48334
Tel: (248) 987-8929
keithaltman@kaltmanlaw.com
*Attorney For Plaintiff*

</td><td>

Fort Wayne, IN 46802
Telephone: 260-399-9490
Facsimile: 260-399-9491
afox@cchalaw.com
*Attorneys for Defendants Indiana State University and Indiana State University Board of Trustees*

</td></tr>
</table>