UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MICHAEL THAYYIL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:21-cv-00165-JPH-MG |
| ) | |
| INDIANA STATE UNIVERSITY, ) | |
| INDIANA STATE UNIVERSITY BOARD OF ) | |
| TRUSTEES, ) | |
| JOHN DOES 1-25, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

In their Joint Status Report, [25], the parties have requested that the Court set a new Case Management Plan Order to replace the deadline previously vacated. The Court **GRANTS** this request and **AMENDS** the previously entered Case Management Plan Order.

Section III is amended as follows:

> F. Except where governed by paragraph (G) below, expert witness disclosure deadlines shall conform to the following schedule: Plaintiff(s) shall disclose the name, address, and vita of any expert witness, and shall serve the report required by Fed. R. Civ. P. 26(a)(2) on or before **Monday, June 13, 2022.** Defendant(s) shall disclose the name, address, and vita of any expert witness, and shall serve the report required by Fed. R. Civ. P. 26(a)(2) on or before **Wednesday, July 13, 2022**; or if Plaintiff has disclosed no experts, Defendant(s) shall make its expert disclosure on or before Wednesday, July 13, 2022.
>
> H. Any party who wishes to limit or preclude expert testimony at trial shall file any such objections on or before **Friday, October 21, 2022**. Any party who wishes to preclude expert witness testimony at the summary judgment stage shall file any such objections with their responsive brief within the briefing schedule established by S.D. Ind. L.R. 56-1.

Section IV(C) is amended as follows:

Dispositive motions are expected and shall be filed by **Friday, September 30, 2022**; non-expert witness discovery and discovery relating to liability issues shall be completed by **Friday, May 27, 2022**; expert witness discovery and discovery relating to damages shall be completed by **Friday, July 29, 2022**.

<u>Absent leave of Court, and for good cause shown, all issues raised on summary judgment under Fed. R. Civ. P. 56 must be raised by a party in a single motion.</u>

Furthermore, this matter is set for a telephone status conference on **Wednesday, January 12, 2022 at 2:00 p.m. (Eastern).** The purpose of the conference is to discuss case status. Counsel shall attend the conference by calling the designated phone number, to be provided by the Court via email generated by the Court's ECF system.

Date: 11/12/2021

_Mario Garcia_
Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution via ECF to all counsel of record