UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MICHAEL THAYYIL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:21-cv-00165-JPH-MG |
| | ) | |
| INDIANA STATE UNIVERSITY, | ) | |
| INDIANA STATE UNIVERSITY BOARD OF | ) | |
| TRUSTEES, | ) | |
| JOHN DOES 1-25, | ) | |
| | ) | |
| Defendants. | ) | |

**MINUTE ENTRY FOR JANUARY 12, 2022**
**STATUS CONFERENCE**
**HON. MARIO GARCIA, MAGISTRATE JUDGE**

Parties appeared by counsel for a Telephonic Status Conference. Discovery and informal negotiations are ongoing. Defendant to respond to Plaintiff's updated demand within 14 days. Copy of any response should also go to chambers at MJGarcia@insd.uscourts.gov.

This matter is scheduled for a telephonic status conference on **Thursday, April 14, 2022 at 9:00 a.m. (Eastern)** to discuss case status. Counsel shall attend the status conference by calling the designated phone number, to be provided by the Court via email generated by the Court's ECF system.

Dated: 1/12/2022

*(signature)*
Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.