AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | |
|---|---|
| Michael Thayyil ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:21-cv-00165-JPH-MG |
| Indiana State University, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Michael Thayyil                    .

Date:    06/13/2022

s/ Kimberly Dodson
*Attorney's signature*

Kimberly Dodson, Fed. Bar No. DOD023
*Printed name and bar number*

Law Office of Keith Altman
33228 West 12 Mile Road, Suite 375
Farmington Hill, MI 48334
*Address*

kimberlydodson@kaltmanlaw.com
*E-mail address*

(947) 366-0021
*Telephone number*

*FAX number*