UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MICHAEL THAYYIL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:21-cv-00165-JPH-MG |
| | ) |
| INDIANA STATE UNIVERSITY, | ) |
| INDIANA STATE UNIVERSITY BOARD OF | ) |
| TRUSTEES, | ) |
| JOHN DOES 1-25, | ) |
| | ) |
| Defendants. | ) |

**MINUTE ENTRY FOR JUNE 16, 2022**
**STATUS CONFERENCE**
**HON. MARIO GARCIA, MAGISTRATE JUDGE**

Parties appeared by counsel for a Telephonic Status Conference. Parties request continued stay of Case Management Plan dates which the Court will grant. CMP dates stayed 60 more days. Counsel and parties should continue to work together on negotiations over possible resolution of case.

This matter is scheduled for a telephonic status conference on **Thursday, August 18, 2022, at 11:00 a.m. (Eastern)** to discuss case status. Counsel shall attend the status conference by calling the designated phone number, to be provided by the Court via email generated by the Court's ECF system.

Date: 6/17/2022

_Mario Garcia_
Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.