UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MICHAEL THAYYIL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:21-cv-00165-JPH-MG |
| | ) | |
| INDIANA STATE UNIVERSITY, | ) | |
| INDIANA STATE UNIVERSITY BOARD OF | ) | |
| TRUSTEES, | ) | |
| JOHN DOES 1-25, | ) | |
| | ) | |
| Defendants. | ) | |

**MINUTE ENTRY FOR AUGUST 18, 2022**
**STATUS CONFERENCE**
**HON. MARIO GARCIA, MAGISTRATE JUDGE**

Parties appeared by counsel for a Telephonic Status Conference.

This matter is scheduled for a telephonic status conference on **Monday, October 24, 2022, at 10:00 a.m. (Eastern)** to discuss case status (**Please note new time**). Parties to notify Court if a settlement is reached thus vacating the need for the status conference.

Counsel shall attend the status conference by calling the designated phone number, to be provided by the Court via email generated by the Court's ECF system.

Date: 8/19/2022

Mario Garcia
United States Magistrate Judge
Southern District of Indiana

**Distribution via ECF to all counsel of record.**