## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

MICHAEL THAYYIL,

    *Plaintiff,*

v.

INDIANA STATE UNIVERSITY, *et al.*,

    *Defendants.*

Case No. 1:21-cv-00165-JPH-MG

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**

**IT IS STIPULATED** by and between the parties, through their respective counsel of record, that all claims in the above-entitled matter shall be dismissed with prejudice, the parties to bear their respective attorneys' fees and costs. This stipulation is subject to the Court retaining jurisdiction to enforce the unfiled Confidential Settlement Agreement and General Liability Release between the parties dated September 1, 2022, including jurisdiction to enter a Stipulated Judgment in the event of a default under the Settlement Agreement.

**IT IS HEREBY ORDERED** that the case is dismissed with prejudice and with each party to bear its own fees and expenses except as they may otherwise have agreed as part of their settlement; this Order resolves all pending claims and closes the case.

**IT IS SO ORDERED:**

Dated: _____

_____

MARIO GARCIA
United States Magistrate Judge
Southern District of Indiana

Stipulated to by:

Dated: September 13, 2022                    Dated: September 13, 2022

Respectfully Submitted,                      Respectfully Submitted,

/s/ *Keith Altman*                           /s/ *Amy Steketee Fox* (w/ permission)
Keith Altman                                 Amy Steketee Fox (25112-53)
THE LAW OFFICE OF KEITH ALTMAN               CHURCH CHURCH HITTLE + ANTRIM
33228 West 12 Mile Road, Suite 375           Central Building, Suite 402
Farmington Hills, MI 48334                   203 West Wayne St.
Tel: (248) 987-8929                          Fort Wayne, IN 46802
keithaltman@kaltmanlaw.com                   Tel: 260-399-9490
*Attorney For Plaintiff*                     Fax: 260-399-9491
                                             afox@cchalaw.com
                                             *Attorneys for Defendants Indiana State*
                                             *University and Indiana State University*
                                             *Board of Trustees*

**Distribution via ECF to all counsel of record.**

2