UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MICHAEL THAYYIL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:21-cv-00165-JPH-MG |
| | ) |
| INDIANA STATE UNIVERSITY, | ) |
| INDIANA STATE UNIVERSITY BOARD OF TRUSTEES, | ) |
| JOHN DOES 1-25, | ) |
| | ) |
| Defendants. | ) |

**ORDER ON STIPULATION OF DISMISSAL**

Plaintiff, Michael Thayyil, and Defendants, Indiana State University and Indiana State University Board of Trustees, have filed a joint stipulation of dismissal with prejudice, which requests that "the Court retain[] jurisdiction to enforce" their settlement agreement. Dkt. 36 at 1.

Ordinarily, a case resolved in federal court with a settlement agreement is dismissed with prejudice and enforcement is accomplished through a breach-of-contract action. *See Jones v. Ass'n of Flight Attendants-CWA*, 778 F.3d 571, 573 (7th Cir. 2015) ("A disagreement about whether parties to a settlement have honored their commitments is a contract dispute" that "arise[s] under state law."). Moreover, "a district judge cannot dismiss a suit with prejudice, thus terminating federal jurisdiction, yet at the same time retain jurisdiction to enforce the parties' settlement that led to the dismissal with prejudice." *Shapo v. Engle*, 463 F.3d 641, 643 (7th Cir. 2006); *see Depuy v. McEwen*, 495 F.3d 807, 809 (7th Cir. 2007).

1

The parties therefore **shall show cause by September 30, 2022,** why this case should not be dismissed with prejudice, allowing the settlement agreement to be enforced, if necessary, in a breach-of-contract action.  See *Jones*, 778 F.3d at 573.  If the parties want the Court to retain jurisdiction for enforcement of the settlement agreement, they must file a copy of the agreement, with a motion to maintain under seal if necessary, in addition to requesting dismissal without prejudice.  See *id.*  If the parties do not respond to this order, this case will be dismissed with prejudice under Federal Rule of Civil Procedure 41(a) and the Court will not retain jurisdiction.

**SO ORDERED.**

Date: 9/14/2022

                                                 James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

Keith Altman
THE LAW OFFICE OF KEITH ALTMAN
kaltman@lawampmmt.com

Kimberly R. Dodson
Law Office of Keith Altman
kimberlydodson@kaltmanlaw.com

Amy Steketee Fox
CHURCH CHURCH HITTLE & ANTRIM
afox@cchalaw.com

Kevin S. Smith
CHURCH CHURCH HITTLE & ANTRIM (Fishers)
ksmith@cchalaw.com