**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

The Court acknowledges the Stipulation of Dismissal, dkt. 36. JPH, 10/3/2022 Distribution via ECF.

MICHAEL THAYYIL,

   *Plaintiff,*

v.

INDIANA STATE UNIVERSITY, *et al.*,

   *Defendants.*

Case No. 1:21-cv-00165-JPH-MG

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**

**IT IS STIPULATED** by and between the parties, through their respective counsel of record, that all claims in the above-entitled matter shall be dismissed with prejudice, the parties to bear their respective attorneys' fees and costs. This stipulation is subject to the Court retaining jurisdiction to enforce the unfiled Confidential Settlement Agreement and General Liability Release between the parties dated September 1, 2022, including jurisdiction to enter a Stipulated Judgment in the event of a default under the Settlement Agreement.

**IT IS HEREBY ORDERED** that the case is dismissed with prejudice and with each party to bear its own fees and expenses except as they may otherwise have agreed as part of their settlement; this Order resolves all pending claims and closes the case.